The People of the State of New York, Respondent, v. Pasquale Scotta, Appellant.— Judgment of conviction of the County Court of Kings county

affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John Haley, Respondent, v. The Board of Trustees of the Village of White Plains, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Standard Bill Posting Company, Respondent, v. T. James Hastings, as Building Inspector of the City of Newburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Standard Bill Posting Company, Respondent, v. The City of Newburgh and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.